

FILED

AUG 07 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID CAPENHURST,<br><br>　　　　Defendant. | Mag. No. 08-MJ-0244 EFB<br><br>ORDER UNSEALING CRIMINAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 08-MJ-0244 EFB be, and is, hereby ordered **UNSEALED**.

DATED: 8/7/08

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE